# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 8, 2017

156302-3

*In re* DORSEY, Minors.

Stephen J. Markman,
Chief Justice

Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Joan L. Larsen
Kurtis T. Wilder,
Justices

SC: 156302-3
COA: 336163, 336228
Wayne CC Family Div:
  14-517626-NA

_____/

On order of the Court, the application for leave to appeal the July 18, 2017 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 8, 2017



Clerk

t0905